UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| LAWRENCE V. CARTY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 11-2033 |
| ILLINOIS EPA and | ) |
| DOUGLAS P. SCOTT, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Pro se Plaintiff Lawrence V. Carty filed his Complaint on February 3, 2011. As of the date of this Report and Recommendation, Plaintiff has not provided proof of service of process.

On November 1, 2011, the undersigned issued an Order for Rule to Show Cause (#5). That document noted that the 120 days allowed for service by Federal Rule of Civil Procedure 4 had expired.

On December 1, 2011, Plaintiff appeared. The Rule to Show Cause was discharged. Plaintiff's Motion for Permission to Service Alias Summons (#7) was granted. The Court established a deadline for service on the Defendants, allowing service up to January 30, 2012.

An alias summons was issued to Defendant Illinois EPA on January 23, 2012. There being no further action, the Court scheduled the matter for status conference by personal appearance on March 9, 2012. Plaintiff failed to appear.

Plaintiff has not accomplished service of process as required by Federal Rule of Civil Procedure 4. He was given an additional amount of time and still failed to obtain service. This failure, coupled with the failure to appear, strongly indicates that the Plaintiff has chosen to abandon the case.

Accordingly, I recommend pursuant to my authority under 28 U.S.C. § 636(b)(1)(B) that the Complaint be dismissed pursuant to Federal Rule of Civil Procedure 4 and the case terminated.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 15th day of March, 2012.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE