**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **LAWRENCE V. CARTY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 11-CV-2033 |
| ) | |
| **ILLINOIS EPA and DOUGLAS P. SCOTT,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#9) was filed by Magistrate Judge David G. Bernthal in the above cause on March 15, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#9) is accepted by this court.

(2) Plaintiff's pro se Complaint (#1) is dismissed pursuant to Rule 4 of the Federal Rules of Civil Procedure.

(3) This case is terminated.

ENTERED this 4th day of April, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE